# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Michael Alan Parker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00229-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Willis A. Archer | ) | |
| Charles T. Marston Jr. | ) | |
| Walter Clyde Harper, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2019 Order.

August 12, 2019

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court